UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DIEDRE DIGIACOMO,           )
                            )
            Plaintiff,      )
                            )
v.                          ) Docket no. 1:18-cv-163-GZS
                            )
KENNEBEC COUNTY,            )
                            )
                            )
            Defendant.      )

## ORDER ON OBJECTIONS TO DEPOSITION DESIGNATIONS

Before the Court is Defendants' Objections to Plaintiff's Amended Designation of Deposition Transcripts to be Used at Trial (ECF No. 56) and Plaintiff's Objection to Defendants' Designations of Deposition Transcripts to be Used at Trial (ECF No. 64). The Court now issues the following rulings:

**Defendant Objections:**

| Deponent | Page, Line | Objection | Counter-Designation | RULING |
|---|---|---|---|---|
| **Louise Schimke** | 46:6-48:18 | Rule 401, Rule 403, Confusion of the issue (testimony relates to a previously dismissed plaintiff) | | Sustained. |
| | 74:14-76:23 | Hearsay, lack of foundation, lack of personal knowledge | | Sustained. |
| **Bobbi-Jo Dumas** | 20:20-26:13 | Rule 401, Rule 403, partially hearsay within hearsay, confusion of issues | | Sustained as to 20:20-24; 22:6-23:15 & 24:23-26:13. Overruled as to 20:25-22:5 & 23:16-24:22. |

1

| | | | | |
|---|---|---|---|---|
| | 27:11-28:20 (objection is as to page 28:3-20) | Rule 401, Rule 403 | | Sustained as to 28:3-20. |
| | 30:12-36:23 | Rule 401, Rule 403, lack of foundation, lack of personal knowledge, speculation | 36:8-37:23 | Sustained. |
| | 39:8-13 | Rule 401, Rule 403 | | Sustained. |
| | 41:14-42:16 | Rule 401, Rule 403 | | Sustained. |
| | 43:18-44:16 | Rule 401, Rule 403, hearsay | 44:17-45:18 | Sustained. |
| | 45:22-46:2 | Rule 401, Rule 403, hearsay | | Overruled. |
| | 46:16-47:25 | Rule 401, Rule 403, hearsay | (Defendant reserves the right to use this testimony . . .to rebut other testimony of this witness) | Overruled. |
| | 52:14-54:22 | Rule 401, Rule 403 | | Sustained. |
| | 56:2-9 | Rule 401, Rule 403 | | Sustained. |
| | 59:18-60:15 | Rule 401, Rule 403 | | Sustained. |
| | | | | |
| **Karen Heavey Morin** | 15:18-18:16 | Rule 401, Rule 403 | | Sustained. |
| | 22:8-23:14 | Rule 401, Rule 403 | | Sustained. |
| | 24:3-25:13 | Rule 401, Rule 403, hearsay, lack of foundation, speculation, lack of personal knowledge | | Sustained as to 24:8-25:13. |
| | 26:19-27:2 | Rule 401, Rule 403 | | Overruled. |
| | 28:9-21 | Rule 401, Rule 403, lack of context | | Sustained. |
| | 33:24-34:13 | Rule 401, Rule 403 | | Sustained. |

| Deponent | Page, Line | Objection | Counter-Designation | RULING |
|---|---|---|---|---|
| | | | | |
| **Alfred Morin** | 9:25-11:7 | Rule 401, Rule 403, inadmissible opinion evidence | | Sustained. |
| | 13:2-12 | Rule 401, Rule 403 | | Sustained. |
| | 13:14-14:1 | Rule 401, Rule 403 | | Sustained. |
| | 15:23-17:2 | Rule 401, Rule 403 | | Overruled. |
| | 18:7-19:14 (objection is to 18:24-19:14) | Rule 401, Rule 403 | | Sustained as to 18:24-19:14 |
| | 20:18-21:21 | Rule 401, Rule 403, lack of foundation, speculation, lack of personal knowledge | | Sustained. |
| | 22:8-24:7 | Rule 401, Rule 403, lack of foundation, speculation, lack of personal knowledge | | Sustained. |
| | 30:2-31:9 | Rule 401, Rule 403, lack of foundation, speculation, lack of personal knowledge | | Sustained as to 30:15-31:9. Overruled as to 30:3-30:14. |
| | 31:13-39:1 | Rule 401, Rule 403, lack of foundation, speculation, lack of personal knowledge | | Sustained as to 31:13-38:2. Overruled as to 38:3-39:1.[1] |
| | 40:10-41:23 (objection is to 40:17-25, 41:1-23) | Rule 401, Rule 403 | | Sustained as to 40:17-41:23. |
| | 44:10-45:17 | Rule 401, Rule 403 | | Sustained. |
| | 51:5-52:12 | Rule 401, Rule 403, hearsay | | Overruled as to 51:5-7. Sustained as to 51:8-52:12. |
| | 53:8-15 | Rule 401, Rule 403, hearsay | | Sustained. |
| | 54:1-56:11 | Rule 401, Rule 403, hearsay, speculation, lack of foundation, lack of personal knowledge | | Sustained. |
| | 59:5-61:7 | Rule 401, Rule 403, hearsay, speculation, lack of foundation, lack of personal knowledge | | Sustained. |
| | 65:22-66:8 | Rule 401, Rule 403, hearsay, speculation, lack of foundation, lack of personal knowledge | | Sustained. |

|  | 66:15-67:2 | Rule 401, Rule 403, hearsay, speculation, lack of foundation, lack of personal knowledge | 67:9-73:5 | Sustained. |
|---|---|---|---|---|

**Plaintiff's Objections:**[2]

| Deponent | Page, Line | Objection | Counter-Designation | RULING |
|---|---|---|---|---|
| **Sherry McLaughlin** | 26:4-10 | Rule 401, 403 Misleading the jury; confusing the issues (refers to other Plaintiffs not party to this suit) |  | Sustained. |
|  | 26:14-27:3 | Rule 401, 403 unfair prejudice | 27:4-28:24; 38:19-39:16 | Sustained. |
|  | 29:5-32:23 | Rule 401, 403 unfair prejudice | 32:24-33:16; 34:16-36:3 | Sustained. |
| **Karen Heavey Morin**[3] | 18:22-21:6 | Rule 401, 403 unfair prejudice, mislead the jury | 15:18-18:16; 22:8-16 | Overruled. Counter-designation of 15:18-18:16 & 22:8-16 allowed. |
|  | 19:2-19 | Rule 401, 403 Unfair prejudice, mislead the jury | 24:3-25:13 | Overruled. Counter-designation of 24:3-25:13 is not allowed. |
|  | 19:2-6 | Rule 401, 403 Unfair prejudice, mislead the jury | 22:17-23:14 | Overruled. Counter-designation of 22:17-23:14 is not allowed. |

---

[1] The Court was not provided copies of the multiple exhibits referenced in 31:13-38:3. Absent a determination that the exhibits referenced are admissible, the proposed testimony is clearly excludable and would confuse the jury.

[2] The Court is not ruling on the objections to the deposition designation of Ryan Reardon in light of the representation that Ryan Reardon will be called as a witness at trial. See Def. Objection (ECF No. 56), PageID # 803 & n.2.

[3] The Court notes that Defendant has also designated page 15, lines 11-17 without any objection from Plaintiff. However, the Court will not allow this particular designated question to the extent that it references claims brought by Huard and Caudill. See F.R.E. 403.

|  | 27:3-9 | Rule 401, 403 Unfair prejudice, misleading the jury | 26:17-27:2; 27:10-27:17 | Overruled Counter-designation of 26:19-27:2 is allowed, all other counter-designation is excluded. |

As explained herein, Defendants' Objections to Plaintiff's Amended Designation of Deposition Transcripts to be Used at Trial (ECF No. 56) and Plaintiff's Objection to Defendants' Designations of Deposition Transcripts to be Used at Trial (ECF No. 64) are both GRANTED IN PART AND DENIED IN PART.

In accordance with the directions previously provided in the July 25, 2019 Trial Management Order (ECF No. 68), counsel shall prepare the relevant deposition transcripts to be used at trial to reflect the above rulings.

SO ORDERED.

                                           /s/ George Z. Singal
                                           United States District Judge

Dated this 30th day of July, 2019.